# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR412-072 |
| ) | |
| DOUGLAS McARTHUR DUNCAN ) | |

## REPORT AND RECOMMENDATION

On April 18, 2012, the Court ordered a forensic psychological examination of defendant Douglas McArthur Duncan in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 30.) He underwent a comprehensive psychological evaluation at the Federal Detention Center in Miami, Florida. His evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 43.)

Both defendant and the government stipulate to the report's findings. (Doc. 45.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a

mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time of the conduct alleged in the indictment. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 28TH day of November, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA